%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　Southern　　　　District of　　　　New York

MARIE DE FEO,

V.

TAMARAC ADMINISTRATVE SERVICES LLC
and NEW ROCHELLE ADMINISTRATORS LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CIV. 0148**

**BRIEANT**

TO: (Name and address of Defendant)

Tamarac Administrative Services LLC, 44 South Broadway, White Plains, New York 10601
New Rochelle Administrators LLC, 44 South Broadway, White Plains, New York 10601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE   JAN 0 8 2008

```
Form 27 - GENERAL PURPOSE
            JONATHAN P. ARFA, P.C.
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
```

|  |  |
|---|---|
| MARIE DE FEO                                plaintiff | Index No. 08 CIV 0148 |
|                  - against - | Date Filed  ............ |
| TAMARAC ADNINISTRATIVE SERVICES, LLC   defendant ETANO | Office No. |
|  | Court Date:   /  / |

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JEFFREY CAMPOLO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
     That on the   17th   day of January, 2008    at   12:00 PM.,             at
     %SCHWARTZBERG COMPANY, 44 SOUTH BROADWAY, 6TH FLR
     WHITE PLAINS, NY 10601
I served a true copy of the
     **SUMMONS AND VERIFIED COMPLAINT**
and at the same time and place, a fee of $42.50 was paid
upon **NEW ROCHELLE ADMINISTRATORS LLC**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
     **ARI MARKERSON, GENERAL AGENT**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
          SEX: **MALE**          COLOR: **WHITE**          HAIR: **BALD**
          APP. AGE: 36           APP. HT: 5:8              APP. WT: 180

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
23rd  day of  January, 2008k

BRETT GOLUB
Notary Public, State of New York
    No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

JEFFREY CAMPOLO
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JPA1104808

```
Form 27 - GENERAL PURPOSE
        JONATHAN P. ARFA, P.C.
        ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK COUNTY
------------------------------------------------
```

MARIE DE FEO                              plaintiff        Index No. 08 CIV 0148

        - against -                                  Date Filed ............

TAMARAC ADNINISTRATIVE SERVICES, LLC    defendant    Office No.
ETANO
                                                                      Court Date:    /  /

    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JEFFREY CAMPOLO**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the   **17th**   day of January, 2008    at    12:00 PM.,         at
    %SCHWARTZBERG COMPANY, 44 SOUTH BROADWAY, 6TH FLR
    WHITE PLAINS, NY 10601
I served a true copy of the
    **SUMMONS AND VERIFIED COMPLAINT**

upon **TAMARAC ADMINISTRATIVE SERVICES, LLC**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ARI MARKERSON, GENERAL AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**           COLOR: **WHITE**          HAIR: **BALD**
    APP. AGE: 36          APP. HT: 5:8              APP. WT: 180

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
23rd  day of January, 2008k

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

JEFFREY CAMPOLO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JPA1104807