UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

MARIE DEFEO,

                          Plaintiff,

          -against-

TAMARAC ADMINISTRATIVE
SERVICES, LLC and NEW ROCHELLE
ADMINISTRATORS LLC,

                      Defendants.

--------------------------------------------------------- x

Case No.: 08-CIV-0148(CLB)(MDF)

## STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants Cypress Administrative Services, LLC (improperly referred to by its former name, Tamarac Administrative Services, LLC) and New Rochelle Administrators, LLC, through their undersigned counsel, that Defendants shall have an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including February 27, 2008.

Jonathan P. Arfa, P.C.
4 Gannett Drive
White Plains, New York 10604
*Attorneys for Plaintiff*

Dated: February 5, 2008

**MICROFILM**

FEB 1 1 2008

USDC SDNY WP

By: _____
     Jonathan P. Arfa (JA 3611)

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601, 15th Floor
*Attorneys for Defendants*

Dated: February 7, 2008

By: _____
     Joseph M. Martin (JM 0354)
     Michael A. Frankel (MF 9712)

SO ORDERED.

Dated: February 8, 2008

_____
Hon. Charles L. Brieant, U.S.D.J.