UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record for Defendants
Tamarac Administrative Services, LLC and
New Rochelle Administrators, LLC:
    Joseph M. Martin (JM 0354)
    Michael A. Frankel (MF 9712)

------------------------------------------------X

MARIE DEFEO,

                    Plaintiff,      Case No. 08-CIV-0148 (CLB)(MDF)

    - against -

                                               RULE 7.1 STATEMENT

TAMARAC ADMINISTRATIVE
SERVICES, LLC and NEW ROCHELLE
ADMINISTRATORS LLC,

                    Defendants.

------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendant New Rochelle Administrators, LLC by and through its undersigned counsel, states that Defendant New Rochelle Administrators, LLC, does not have any parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404

By: _____
Joseph M. Martin (JM 0354)
Michael A. Frankel (MF 9712)

ATTORNEYS FOR DEFENDANTS

Dated: February 27, 2008
      White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE DEFEO,

                       Plaintiff,           Case No. 08-CIV-0148 (CLB)(MDF)

    - against -

TAMARAC ADMINISTRATIVE
SERVICES, LLC and NEW ROCHELLE
ADMINISTRATORS LLC,

                     Defendants.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 7.1 Statement has been served via First Class mail, postage pre-paid, on February 27, 2008 on counsel for Plaintiff at the address listed below:

        Jonathan P. Arfa, P.C.
        4 Gannett Drive
    White Plains, New York 10604
        (914) 694-1000
      *Attorneys for Plaintiff*

_____
        Joseph M. Martin