# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| One North Broadway | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| White Plains, New York 10601 | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| | DALLAS, TX | NEW YORK, NY | SAN FRANCISCO, CA |
| Tel 914 328-0404 | DENVER, CO | ORANGE COUNTY, CA | SEATTLE, WA |
| Fax 914 328-1882 | GREENVILLE, SC | ORLANDO, FL | STAMFORD, CT |
| | HARTFORD, CT | PHILADELPHIA, PA | WASHINGTON, DC REGION |
| www.jacksonlewis.com | HOUSTON, TX | PITTSBURGH, PA | WHITE PLAINS, NY |

March 21, 2008

**MEMO ENDORSED**

*[Handwritten memo endorsement:]* Replies to anyone heard by chars 3/27/08 regarding status of settlement. Conf adjourned. Charles L. Brieant USDJ 3/24/08

**VIA FACSIMILE**
(914-390-4085)
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

Re: Marie DeFeo v. Tamarac Administrative Services, LLC and New Rochelle Administrators, LLC
Case No. 08-CIV-0148 (CLB)(MDF)

Dear Judge Brieant:

We represent the Defendants in the above-referenced matter. On behalf of all Parties, we are writing to inform the Court that the Parties have reached an agreement to resolve this matter. We are in the process of preparing the appropriate settlement documents, including a Stipulation of Dismissal With Prejudice which we intend to file with the Court.

In light of the Parties' agreement to resolve this matter, we would request an adjournment of the upcoming court conference scheduled for March 28, 2008.

On behalf of all Parties, we appreciate the Court's assistance in this matte.

Respectfully submitted,

JACKSON LEWIS LLP

Joseph M. Martin

JMM/mrg
Attach.

cc: Jonathan P. Arfa, Esq. (via Facsimle)