UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARIE DEFEO,

                Plaintiff,   :   Case No. 08-CIV-0148 (CLB)(MDF)

    - against -

TAMARAC ADMINISTRATIVE
SERVICES, LLC and NEW ROCHELLE
ADMINISTRATORS LLC,

              Defendants.
----------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    It is hereby STIPULATED AND AGREED, by and between the Parties hereto, through counsel for Plaintiff and counsel for Defendants, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action, which includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

Dated: April 8, 2008        By: _____
                                               Jonathan P. Arfa, Esq.
                                               Jonathan P. Arfa, P.C.
                                               4 Gannett Drive
                                               White Plains, New York 10604
                                               *Attorney for Plaintiff, Marie DeFeo*



Dated: April 14, 2008            By:      *[signature]*
                                          Joseph M. Martin, Esq.
                                          Michael A. Frankel, Esq.
                                          Jackson Lewis LLP
                                          One North Broadway, 15th Fl.
                                          White Plains, New York 10601
                                          *Attorneys for Defendants,* Cypress
                                          Administrative Services, LLC (improperly
                                          referred to by its former name, Tamarac
                                          Administrative Services, LLC) and New
                                          Rochelle Administrators, LLC

                         SO ORDERED:

Dated: april 15, 2008            *Charles Brieant*
                                 Hon. Charles L. Brieant
                                 United States District Judge

